**In re AFFINITY LABS OF TEXAS, LLC.**

No. 2013–1393.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2014.

Cyrus A. Morton, Robins, Kaplan, Miller, and Ciresi, L.L.P., of Minneapolis, MN, argued for appellant. Of counsel on the brief was Timothy G. Newman, Larson Newman, LLP, of Austin, TX.

Scott C. Weidenfeller, Associate Solicitor, Office of the Solicitor, United States

Patent and Trademark Office, of Alexandria, VA, argued for intervenor Commissioner for Patents. With him on the brief were Nathan K. Kelley, Acting Solicitor, and Stacy B. Margolies, Associate Solicitor.

LOURIE, DYK, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**